# AFFIDAVIT OF SERVICE

STATE OF NEW YORK}
COUNTY OF NASSAU} ss.:

I, JARISSA PERALTA, being duly sworn, depose and state: That I am not a party to this action, am over 18 years of age, and reside in the County of Queens, State of New York.

That on February 14, 2014, I served a copy of the court's February 10, 2014 Order and Notice of Initial Conference upon:

Mr. Ramon Fernandez
791 East Tremont Avenue
Bronx, NY 10460

the addresses designated by said party(s) or attorney(s) for that purpose in the matter of :

*Hernandez, et al. v. El Nuevo Bohio, Inc., et al., Docket No. 14-CV-0652 (VSB)*

[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed wrapper, VIA FIRST CLASS MAIL, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[X] by depositing a true copy of the same, enclosed in a post-paid properly addressed CERTIFIED MAIL/RETURN RECEIPT wrapper, in a post office depository under the exclusive care of the United States Postal Service within the State of New York.
[] by dispatching a copy by overnight delivery via FEDEX to the parties above named at the address so indicated.
[] by PERSONALLY delivering a true copy of same to each person above named at the address so indicated. I knew each person mentioned and described in said papers a party therein;
[] by transmitting a true copy of same to the parties above named by FAX transmission at the facsimile number so designated by said parties.

Sworn to before me on February 14, 2014

_____    _____
NOTARY PUBLIC                JARISSA PERALTA

RUSSELL JOHN PLATZEK
Notary Public, State of New York
No. 02PL6212250
Qualified in Nassau County
Commission Expires Oct. 13, 20_17_