

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

1010 Northern Boulevard
Suite 328
Great Neck, NY 11021
Tel. No. 516.248.5550
Fax No. 516.248.6027

Via Electronic Case Filing
The Honorable Vernon S. Broderick
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 6/9/2015

Re:  *Jose Leonel Hernandez et. al. v. El Nuevo Bohio, Inc., et. al.*
     <u>Case 14-cv-652 (VSB)</u>

Dear Judge Broderick:

    On April 22, 2015, the Court granted Plaintiffs Jose Leonel Hernandez and Yudelka Garcia's ("Plaintiffs") motion for conditional certification and notice pursuant to 29 U.S.C. § 216(b). In addition, the Court directed the parties to provide a joint proposed notice. On May 1, 2015, the parties submitted separate proposed notices for the Court's approval. On May 27, 2015, the Court held a hearing with respect to the proposed notices and set forth changes to Plaintiffs' proposed notice. Plaintiffs made changes to their proposed notice pursuant to the Court's directive and submitted the notice attached hereto as Exhibit 1 for approval by Defendants' counsel. Defendants' counsel indicated their approval of the attached notice. As such, Plaintiffs are submitting the final version of the proposed notice for approval by the Court.

    We thank the Court for its attention to this matter.

                                                                Respectfully,

                                                                 /s/ Anthony P. Malecki
                                                              Anthony P. Malecki, Esq.

To:  All parties via ECF                                                 *For the Firm*