UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE LEONEL HERNANDEZ and YUDELKA GARCIA, on behalf of themselves and all others similarly-situated,<br><br>                              Plaintiffs,<br><br>-against-<br><br>EL NUEVO BOHIO, INC. and 791 BOHIO RESTAURANT INC. and EL BOHIO TREMONT RESTAURANT, CORP. and TREMONT RESTAURANT CORP. d/b/a "EL BOHIO RESTAURANT" and/or "EL NUEVO BOHIO RESTAURANT", and RAMON FERNANDEZ, individually,<br><br>                              Defendants. | No. 14-CV-652 (VSB)<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL |

　　　　PLEASE TAKE NOTICE that, upon the Declaration of Argilio Rodriguez, executed on December 19, 2016, the Affidavit of Ramon Fernandez, and an accompanying memorandum of law, the law firms of the Law Offices of Martin E. Restituyo, P.C. and Rodriguez Law, P.C. hereby move this Court pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern District of New York for leave to withdraw as counsel for defendants 791 Bohio Restaurant, Inc., El Bohio Restaurant, Corp., Tremont Restaurant Corp. and Ramon Fernandez in the above-captioned action.

Dated:   New York, New York
         December 19, 2015

　　　　　　　　　　　　　　　　　　　　*/s/Argilio Rodriguez*
　　　　　　　　　　　　　　　　　　　　Argilio Rodriguez, Esq.
　　　　　　　　　　　　　　　　　　　　Rodriguez Law, P.C.
　　　　　　　　　　　　　　　　　　　　Empire State Building
　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 5909
　　　　　　　　　　　　　　　　　　　　New York, New York 10118
　　　　　　　　　　　　　　　　　　　　(212) 960-3305
　　　　　　　　　　　　　　　　　　　　argilio@lawrodriguez.com

　　　　　　　　　　　　　　　　　　　　Martin E. Restituyo, Esq.
　　　　　　　　　　　　　　　　　　　　Law Offices of Martin E. Restituyo
　　　　　　　　　　　　　　　　　　　　1345 Avenue of the Americas,

2nd Floor New York, NY 10105
(212) 729-7900
restituyo@restituyolaw.com

*Attorneys for Defendants 791 Bohio Restaurant, Inc., El Bohio Restaurant, Corp., Tremont Restaurant Corp. and Ramon Fernandez*